# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 07-5080

September Term 2008

06cv00306

**Filed On:** July 1, 2009

Scott Tooley,

     Appellant

     v.

Janet Ann Napolitano, Homeland Security
Secretary, in her official capacity, et al.,

     Appellees

     **BEFORE:**    Sentelle, Chief Judge, and Ginsburg, Henderson, Rogers, Tatel, Garland, Brown, Griffith, and Kavanaugh*, Circuit Judges, and Williams, Senior Circuit Judge

## O R D E R

Upon consideration of the petition for rehearing en banc and the response thereto, and the order setting this matter for panel rehearing, it is

**ORDERED** that the petition be dismissed as moot. A new period for petitioning for en banc review will begin to run following entry of a new panel judgment.

**Per Curiam**

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                  BY:     /s/
                            Michael C. McGrail
                            Deputy Clerk

* Circuit Judge Kavanaugh did not participate in this matter.